UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:23-cr-00088 |
| v. | : | Judge Thomas M. Rose |
| MARK LEE YOUNT, | : | Magistrate Judge Caroline H. Gentry |
| Defendant. | : | |

**ORDER STRIKING "ADMINISTRATIVE HEARING: JURISDICTION CHALLENGE AND DISCOVERY QUESTIONS." (DOC. NO. 26)**

This case is presently before the Court on an entry requesting miscellaneous relief, titled Administrative Hearing: Jurisdiction Challenge and Discovery Questions, filed by Carl Clarence Schaefer III ("Schaefer"). (Doc. No. 26.) Schaefer is a non-party to this action who seeks to represent Defendant Mark Lee Yount ("Yount") in these criminal proceedings. The Court conducted its final pre-trial conference in this matter on November 17, 2023, at 9:30 AM, at which time Schaefer indicated to the Court that he is not a licensed attorney admitted to practice law in any jurisdiction. Federal law provides that parties to an action in Federal court, such as Yount, may "conduct their own cases personally or by counsel . . . ." 28 U.S.C. § 1654. The statute's use of the word "counsel" presupposes the requirement that a party's counsel must be licensed attorney admitted to practice law in the given jurisdiction. *Id.*; *see also* S.D. Ohio LR 83.4. Put plainly, "'[a] nonlawyer can't handle a case on behalf of anyone except himself'." *Zanecki v. Health All. Plan of Detroit*, 576 Fed. App'x 594, 595 (6th Cir. 2014) (quoting *Georgakis v. Ill. State Univ.*, 722 F.3d 1075, 1077 (7th Cir. 2013)). Schaefer is not a licensed attorney admitted to practice in

2

this Court. Therefore, the filing titled Administrative Hearing: Jurisdiction Challenge and Discovery Questions (Doc. No 26) is **STRICKEN** from the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, November 20, 2023.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE